Opinion issued January 5, 2012.

 



 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00145-CR

____________

 

JARION CULBERT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 232nd
District Court

Harris County, Texas

Trial Court Cause No. 1264686

 

 



MEMORANDUM
OPINION








              Appellant,
Jarion Culbert, attempts to
appeal his January 7, 2011 conviction for aggravated robbery.  Under Texas Rule of Appellate Procedure
26.2(a), a notice of appeal was due on or before February 7, 2011.  See
Tex. R. App. P. 26.2(a).  Appellant filed his notice of appeal on February
14, 2011. In addition, the trial court's certification of appellant's right to
appeal states that this is a plea bargain case and that the defendant has no
right of appeal.  See Tex. R. App. P.
25.2(a)(2).

              A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981
S.W.2d 208, 210 (Tex. Crim. App. 1998).  The court of criminal appeals has expressly
held that, without a timely filed notice of appeal or motion for extension of
time, we cannot exercise jurisdiction over an appeal.  See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim.
App. 1996); see also Slaton, 981
S.W.2d at 210.

          Because the notice of
appeal in this case was untimely and the certification states that appellant
has no right of appeal, we have no basis for jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction.  See Tex. R.
App. P. 25.2(d), 42.3(a), 43.2(f).  We dismiss all pending motions as
moot.

PER CURIAM

Panel consists of Justices Keyes, Higley,
and Massengale. 

Do not publish.   Tex. R. App. P. 47.2(b).